# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AARON OLIVER,** | ) |
| **Plaintiff** | ) ) ) |
| vs. | ) ) Case No. 2:12-CV-2178-HGD |
| **ARS NATIONAL SERVICES, INC.,** | ) ) ) |
| **Defendant** | ) ) |

### FINAL JUDGMENT AGAINST ARS NATIONAL SERVICES, INC.

This action is before the Court on Plaintiff's Notice, filed pursuant to Rule 68(a), Fed.R.Civ.P., of his Acceptance of the Offer of Judgment tendered by Defendant ARS National Services, Inc., and Plaintiff's request for entry of judgment in the amount of $5000.00. (Doc. 9).

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff have and recover against Defendant ARS National Services, Inc., the amount of $5000.00, which includes attorneys' fees and costs, as full and final judgment of all claims asserted by Plaintiff against Defendant.

**DONE** this the 20th day of August, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge